(No. 1301—

WILLIAM L. SMITH, Claimant, *vs*. STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

CLARENCE B. DAVIS, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Per Curiam: This cause coming on to be heard upon oral motion of claimant to dismiss the case, and it appearing that said case should be dismissed, it is therefore considered by the court that the said cause be and the same is hereby dismissed.